WILLIAM CLAFLIN, Respondent, *v.* CHRISTOPHER MOENCH et al., Appellants.

*Claflin* v. *Moench*, 33 App. Div. 643, affirmed.
(Argued October 10, 1901; decided October 25, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 14, 1898, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial without a jury.

*F. W. Stevens* and *W. S. Thrasher* for appellants.

*Ernest F. Kruse* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

ORVILLE BALCH, Appellant, *v.* THE CITY OF UTICA et al., Respondents.

*Balch* v. *City of Utica*, 42 App. Div. 562, affirmed.
(Argued October 10, 1901; decided October 25, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered August 2, 1899, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term.

*Edwin H. Risley* and *Henry M. Love* for appellant.

*S. M. Lindsley* and *G. C. Morehouse* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

RICHARD C. LA TOURETTE, Appellant, *v.* JENNIE B. LA TOURETTE, Respondent.

(Submitted October 7, 1901; decided October 25, 1901.)

Motion to reargue motion to dismiss appeal denied, with ten dollars costs. (See 167 N. Y. 613.)